(5th Cir.1984) (highly mobile, submersible drilling barge is vessel). *Leonard*, which is authority in this Circuit,* and *Watkins* concerned structures consisting of multiple flat-decked barges fastened together and held in place near the river banks by spuds or steel cables. These barges had no means of self-propulsion and were used as floating work platforms for pipeline construction. *Leonard*, 581 F.2d at 524; *Watkins*, 660 F.2d at 607. In addition, the *Leonard* barge had some transport functions. *Leonard*, 581 F.2d at 525 (Godbold, J., dissenting) (transported traditional cargo—assembled pipeline—a short distance).

We agree with the district court's conclusion that as a matter of law Piling's spud barge was not a vessel in navigation. AFFIRMED.

Garen E. Dodge, McGuiness & Williams, Washington, D.C., for amicus-Equal Employment Advisory Council.

Before FAY and COX, Circuit Judges, and ESCHBACH *, Senior Circuit Judge.

PER CURIAM:

The judgment is AFFIRMED based upon opinion of the District Court found at 707 F.Supp. 531 (N.D.Ga.1989).

---

**GEORGIA POWER COMPANY, Plaintiff/Counter–Defendant, Appellee,**

v.

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NUMBER 84, Defendant/Counter–Claimant, Appellant.**

No. 89–8078.

United States Court of Appeals, Eleventh Circuit.

March 13, 1990.

James Michael Walls, Walls & Corlew, Atlanta, Ga., for defendant/counter-claimant, appellant.

Jesse P. Schaudies, Jr., Christopher Sheridan Miller, Troutman, Sanders, Lockerman & Ashmore, Atlanta, Ga., for plaintiff/counter-defendant, appellee.

---

**JEFFREY S., a minor, by ERNEST S., his father and next friend, Plaintiff–Appellee,**

v.

**STATE BOARD OF EDUCATION OF STATE OF GEORGIA; Dr. Werner Rogers, in his official capacity as Superintendent of the State Board of Education, Defendants,**

**Bryan County School District; Dr. Sallie Brewer, in her official capacity as Superintendent of the Bryan County School District, Defendants–Appellants.**

No. 89–8784.

United States Court of Appeals, Eleventh Circuit.

March 13, 1990.

---

* In *Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir.1981) (*en banc*), this court adopted as precedent all decisions of the former Fifth Circuit Court of Appeals decided prior to October 1, 1981.

* Honorable Jesse E. Eschbach, Senior U.S. Circuit Judge for the Seventh Circuit, sitting by designation.